HARRISON S. MARTIN, Respondent, v. WILLIAM T. DIPPEL, Appellant.— Judg-

ment unanimously affirmed, with costs. No opinion. This court makes the following additional finding of fact: " That the plaintiff has duly performed all the conditions of the contract herein on his part to be performed." Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.